USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 07/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEM-AIR ENGINE LEASING, LLC,

Plaintiff,

-v-

AERO TRANSPORTE DE CARGA UNION S.A. DE C.V.,

Defendant.

24-cv-8258 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff has submitted a motion for leave to file an amended complaint. Defendant shall submit any opposition to that motion by August 10, 2026. Defendant shall inform the Court by August 4, 2026 whether it intends to oppose the motion.

SO ORDERED.

Dated: July 30, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge